**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WHITE EAGLE ASSET PORTFOLIO, LP, WHITE EAGLE GENERAL PARTNER, LLC, and LAMINGTON ROAD DESIGNATED ACTIVITY COMPANY (f/k/a LAMINGTON ROAD LIMITED),<br><br>                                Debtors. | Chapter 11<br><br>Case No. 18-12808 (KG)<br><br>(Jointly Administered) |
| EMERGENT CAPITAL, INC., WHITE EAGLE ASSET PORTFOLIO, LP, WHITE EAGLE GENERAL PARTNER, LLC, and LAMINGTON ROAD DESIGNATED ACTIVITY COMPANY (f/k/a LAMINGTON ROAD LIMITED),<br><br>            Plaintiffs,<br>                       v.<br><br>LNV CORPORATION, SILVER POINT CAPITAL L.P., and GWG HOLDINGS, INC.,<br><br>           Defendants. | Adv. Proc. No. 19-50096 (KG)<br><br>Re: D.I. 1 & 3 |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION
EXTENDING DEADLINE TO RESPOND TO COMPLAINT**

The undersigned hereby certifies as follows:

      1.    On January 25, 2019, White Eagle Asset Portfolio, LP, White Eagle General Partner, LLC, Lamington Road Designated Activity Company (f/k/a Lamington Road Limited) (collectively, the "**Debtors**") and Emergent Capital, Inc. ("**Emergent**" and, together with the Debtors, the "**Plaintiffs**") filed the *Complaint* [D.I. 1] (the "**Complaint**") against LNV Corporation, Silver Point Capital L.P. and GWG Holdings, Inc. ("**GWG**").

2. On January 28, 2019, the Plaintiffs filed the *Summons and Notice of Pretrial Conference in an Adversary Proceeding* [D.I. 3] pursuant to which GWG's deadline to answer, move or otherwise respond to the Complaint is February 27, 2019 (the "**Response Deadline**").

3. The Plaintiffs and GWG have engaged in discussions regarding the Response Deadline. After engaging in such discussions, the Plaintiffs and GWG entered into the *Stipulation Extending Deadline to Respond to Complaint* (the "**Stipulation**"), a copy of which is attached as **Exhibit 1** to the Proposed Order (as defined herein) approving the Stipulation. Under the Stipulation, the Plaintiffs and GWG agreed to extend the time for GWG to answer, move or otherwise respond to the Complaint to March 8, 2019.

4. A proposed form of order (the "**Proposed Order**") approving the Stipulation is attached hereto as **Exhibit A**.

[*Signature page follows*]

WHEREFORE, GWG respectfully requests that the Court enter the Proposed Order approving the Stipulation at its earliest convenience.

Dated: February 19, 2019
       Wilmington, Delaware

Respectfully submitted,

*/s/ Robert J. Stearn, Jr.*
Robert J. Stearn, Jr. (No. 2915)
David T. Queroli (No. 6318)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

- and -

Stuart M. Sarnoff
Gary Svirsky
Daniel S. Shamah
Elizabeth H. Evans
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone:     (212) 326-2000
Facsimile:     (212) 326-2061

*Counsel for GWG Holdings, Inc.*