## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*, ) | Case No. 18-12808 (KG) |
| ) | |
| ) | (Jointly Administered) |
| Debtors.¹ ) | |
| ) | |
| EMERGENT CAPITAL, INC., WHITE ) | |
| EAGLE ASSET PORTFOLIO, LP, WHITE ) | |
| EAGLE GENERAL PARTNER, LLC, and ) | |
| LAMINGTON ROAD DESIGNATED ) | |
| ACTIVITY COMPANY (f/k/a LAMINGTON ) | |
| ROAD LIMITED), ) | Adv. Proc. No. 19-50096 (KG) |
| Plaintiffs, ) | |
| ) | |
| v. ) | **Re:  D.I. 1 and 5** |
| ) | |
| LNV CORPORATION, SILVER POINT ) | |
| CAPITAL L.P., and GWG HOLDINGS, INC., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATION OF COUNSEL REGARDING PROPOSED
## ORDER APPROVING STIPULATION REGARDING BRIEFING SCHEDULE
## FOR MOTIONS TO DISMISS THE ADVERSARY COMPLAINT

I, Jeffrey M. Schlerf, counsel to Defendant LNV Corporation ("LNV"), in the above-captioned adversary proceeding, hereby certify:

1. On January 25, 2019, White Eagle Asset Portfolio, LP, White Eagle General Partner, LLC, Lamington Road Designated Activity Company (f/k/a Lamington Road Limited) and Emergent Capital, Inc. (together, "Plaintiffs") filed the Complaint [D.I. 1] (the "Complaint") against LNV, Silver Point Capital L.P. and GWG Holdings, Inc. (together, "Defendants" and collectively with Plaintiffs, the "Parties").

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, include:  White Eagle Asset Portfolio, LP (0691); White Eagle General

2. On February 19, 2019, the Court entered an order extending the deadline for GWG Holdings, Inc. to answer, move or otherwise respond to the Complaint to March 8, 2019 [D.I. 5].

3. Counsel for the parties have met and conferred and have agreed to a stipulation (the "Stipulation") setting forth a briefing schedule with respect to LNV's anticipated response to the Complaint. A proposed order (the "Proposed Order") approving the Stipulation attached thereto is annexed hereto as Exhibit A.

4. The undersigned counsel for LNV respectfully requests that the Court enter the proposed scheduling order attached as Exhibit A hereto.

Dated: February 26, 2019         **FOX ROTHSCHILD LLP**

/s/ *Jeffrey M. Schlerf*
Jeffrey M. Schlerf (No. 3047)
Carl D. Neff (No. 4895)
919 North Market St., Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 463-4971

–and–

Thomas E Lauria (admitted *pro hac vice*)
Jesse L. Green (admitted *pro hac vice*)
**WHITE & CASE LLP**
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

–and–

---

Partner, LLC (8312); and Lamington Road Designated Activity Company (7738). The Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

David M. Turetsky (admitted *pro hac vice*)
Andrew T. Zatz (admitted *pro hac vice*)
Kimberly A. Haviv
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

 –and–

Jason N. Zakia (admitted *pro hac vice*)
**WHITE & CASE LLP**
227 West Monroe Street, Suite 3900
Chicago, IL 60606-5055
Telephone: (312) 881-5400
Facsimile: (312) 881-5450

*Attorneys for CLMG Corp.
and LNV Corporation*