**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WHITE EAGLE ASSET PORTFOLIO, LP, WHITE EAGLE GENERAL PARTNER, LLC, and LAMINGTON ROAD DESIGNATED ACTIVITY COMPANY (f/k/a LAMINGTON ROAD LIMITED),<br><br>                      Debtors. | Chapter 11<br><br>Case No. 18-12808 (KG)<br><br>(Jointly Administered) |
| EMERGENT CAPITAL, INC., WHITE EAGLE ASSET PORTFOLIO, LP, WHITE EAGLE GENERAL PARTNER, LLC, and LAMINGTON ROAD DESIGNATED ACTIVITY COMPANY (f/k/a LAMINGTON ROAD LIMITED),<br><br>                      Plaintiffs,<br><br>                      v.<br><br>LNV CORPORATION, SILVER POINT CAPITAL L.P., and GWG HOLDINGS, INC.,<br><br>                  Defendants. | Adv. Proc. No. 19-50096 (KG) |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the amended complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the amended complaint within 35 days.

| Address of Clerk: | United States Bankruptcy Court<br>824 Market Street, 3rd Floor<br>Wilmington, DE  19801 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.  Name and Address of Plaintiff's Attorneys:

| KASOWITZ BENSON TORRES LLP<br>Marc E. Kasowitz<br>Sheron Korpus<br>Gavin D. Schryver<br>Alycia Regan Benenati<br>1633 Broadway<br>New York, NY  10019<br>Telephone:  (212) 506-1700<br>Facsimile:  (212) 506-1800<br>Email:  mkasowitz@kasowitz.com<br>         skorpus@kasowitz.com<br>         gschryver@kasowitz.com<br>         abenenati@kasowitz.com | PACHULSKI STANG ZIEHL & JONES LLP<br>Richard M. Pachulski (CA Bar No. 62337)<br>Ira D. Kharasch (CA Bar No. 109084)<br>Maxim B. Litvak (CA Bar No. 215852)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:  rpachulski@pszjlaw.com<br>         ikharasch@pszjlaw.com<br>         mlitvak@pszjlaw.com<br>         crobinson@pszjlaw.com |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the amended complaint will be held at the following time and place.



| Address: United States Bankruptcy Court<br>824 Market Street, 6th Floor<br>Wilmington, DE  19801 | Courtroom No. 3<br><br>Date and Time: May 15, 2019 at 10:00 a.m. ET |
|---|---|

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE AMENDED COMPLAINT.**

**United States Bankruptcy**
**Court for the District of Delaware**
Date:  March 27, 2019

*/s/ Una O'Boyle*
Clerk of the Bankruptcy Court

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.  I further certify that the service of this summons and a copy of the amended complaint was made March 27, 2019 by:

☒    Mail Service: Regular, first class United States mail, postage fully pre-paid, certified mail, return receipt requested, and/or hand delivery addressed to the individuals on the attached service lists in the manner indicated therein:

### SEE ATTACHED SERVICE LISTS

☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]                                                                                              (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  March 27, 2019                          */s/ Colin R. Robinson*
                                                                Colin R. Robinson (DE Bar No. 5524)
                                                                PACHULSKI STANG ZIEHL & JONES LLP
                                                                919 North Market Street, 17th Floor
                                                                Wilmington, DE  19899-8705 (Courier 19801)

White Eagle – Service List re Complaint
Main Case No. 18-12808 (KG)
Doc. No. 222330
03 – First Class Mail
03 – Certified Mail Return Receipt

**First Class Mail**
(Counsel to LNV Corporation)
Thomas Lauria, Esq.
David Turetsky, Esq.
Andrew Zatz, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, NY  10020-1095

**First Class Mail**
(Registered Agent for Silver Point Capital, L.P.)
Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, DE  19904

**First Class Mail**
(Registered Agent for GWG Holdings, Inc.)
Registered Agent Solutions, Inc.
9 E. Loockerman Street, Suite 311
Dover, DE  19901

**Certified Mail Return Receipt**
(Counsel to LNV Corporation)
Thomas Lauria, Esq.
David Turetsky, Esq.
Andrew Zatz, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, NY  10020-1095

**Certified Mail Return Receipt**
(Registered Agent for Silver Point Capital, L.P.)
Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, DE  19904

**Certified Mail Return Receipt**
(Registered Agent for GWG Holdings, Inc.)
Registered Agent Solutions, Inc.
9 E. Loockerman Street, Suite 311
Dover, DE  19901

White Eagle – Service List re Adversary Proceeding
Cass No. 19-50096 (KG)
Doc. No. 223040
03 – Hand Delivery
07 – First Class Mail

**Hand Delivery**
(Counsel for CLMG Corp. and LNV Corporation)
Jeffrey M. Schlerf, Esq.
Carl D. Neff, Esq.
Fox Rothschild LLP
919 N. Market Street, Suite 300
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Silver Point Capital, L.P.)
Brian C. Ralston, Esq.
R. Stephen McNeill, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel to GWG Holdings, Inc.)
David J. Stearn, Jr., Esq.
David T. Queroli, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. Market Street
Wilmington, DE  19801

**First Class Mail**
(Counsel for CLMG Corp. and LNV Corporation)
Thomas E. Lauria, Esq.
Jesse L. Green, Esq.
White & Case LLP
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 4900
Miami, FL  33131

**First Class Mail**
(Counsel to Plaintiffs)
Marc E. Kasowitz, Esq.
Sheron Korpus, Esq.
Gavin D. Schryver, Esq.
Alycia Regan Benenati, Esq.
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY  10019

**First Class Mail**
(Counsel for CLMG Corp. and LNV Corporation)
David M. Turetsky, Esq.
Andrew T. Zatz, Esq.
Kimberly A. Haviv, Esq.
Samuel P. Hershey, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, NY  10020-1095

**First Class Mail**
(Counsel for CLMG Corp. and LNV Corporation)
Jason N. Zakia, Esq.
White & Case LLP
227 W. Monroe Street, Suite 3900
Chicago, IL  60606-5055

**First Class Mail**
(Counsel to Silver Point Capital, L.P.)
Michael P. Beys, Esq.
Joshua D. Liston, Esq.
Beys Liston & Mobargha LLP
641 Lexington Avenue, 14th Floor
New York, NY  10022

2

**First Class Mail**
(Counsel to GWG Holdings, Inc.)
Stuart M. Sarnoff, Esq.
Gary Svirsky, Esq.
Daniel S. Shamah, Esq.
Elizabeth H. Evans, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036

**First Class Mail**
(Counsel to GWG Holdings, Inc.)
Victoria C. Hargis, Esq.
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WHITE EAGLE ASSET PORTFOLIO, LP, WHITE EAGLE GENERAL PARTNER, LLC, and LAMINGTON ROAD DESIGNATED ACTIVITY COMPANY (f/k/a LAMINGTON ROAD LIMITED),<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12808 (KG)<br><br>(Jointly Administered) |
| EMERGENT CAPITAL, INC., WHITE EAGLE ASSET PORTFOLIO, LP, WHITE EAGLE GENERAL PARTNER, LLC, and LAMINGTON ROAD DESIGNATED ACTIVITY COMPANY (f/k/a LAMINGTON ROAD LIMITED),<br><br>Plaintiffs,<br><br>v.<br><br>LNV CORPORATION, SILVER POINT CAPITAL L.P., and GWG HOLDINGS, INC.,<br><br>Defendants. | Adv. Proc. No. 19-50096 (KG) |

## NOTICE OF DISPUTE RESOLUTION ALTERNATIVES

As party to litigation you have a right to adjudication of your matter by a judge of this Court. Settlement of your case, however, can often produce a resolution more quickly than appearing before a judge. Additionally, settlement can also reduce the expense, inconvenience, and uncertainty of litigation.

There are dispute resolution structures, other than litigation, that can lead to resolving your case. Alternative Dispute Resolution (ADR) is offered through a program established by this Court. The use of these services are often productive and effective in settling disputes. **The purpose of this Notice is to furnish general information about ADR.**

The ADR structures used most often are mediation, early-neutral evaluation, mediation/arbitration and arbitration. In each, the process is presided over by an impartial third party, called the "neutral".

In mediation and early neutral evaluation, an experienced neutral has no power to impose a settlement on you. It fosters an environment where offers can be discussed and exchanged. In the process, together, you and your attorney will be involved in weighing settlement proposals and crafting a settlement. The Court in its Local Rules requires all ADR processes, except threat of a potential criminal action, to be confidential. You will not be prejudiced in the event a settlement is not achieved because the presiding judge will not be advised of the content of any of your settlement discussions.

Mediation/arbitration is a process where you submit to mediation and, if it is unsuccessful, agree that the mediator will act as an arbitrator. At that point, the process is the same as arbitration. You, through your counsel, will present evidence to a neutral, who issues a decision. If the matter in controversy arises in the main bankruptcy case or arises from a subsidiary issue in an adversary proceeding, the arbitration, though voluntary, may be binding. If a party requests *de novo* review of an arbitration award, the judge will rehear the case.

**Your attorney can provide you with additional information about ADR and advise you as to whether and when ADR might be helpful in your case.**

| | |
|---|---|
| Dated:  March 27, 2019 | */s/ Una O'Boyle* <br> Clerk of the Court |