# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WHITE EAGLE ASSET PORTFOLIO, LP, WHITE EAGLE GENERAL PARTNER, LLC, and LAMINGTON ROAD DESIGNATED ACTIVITY COMPANY (f/k/a LAMINGTON ROAD LIMITED),<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-12808 (KG)<br><br>(Jointly Administered) |
| EMERGENT CAPITAL, INC., WHITE EAGLE ASSET PORTFOLIO, LP, WHITE EAGLE GENERAL PARTNER, LLC, and LAMINGTON ROAD DESIGNATED ACTIVITY COMPANY (f/k/a LAMINGTON ROAD LIMITED),<br><br>Plaintiffs,<br><br>v.<br><br>LNV CORPORATION, SILVER POINT CAPITAL L.P., and GWG HOLDINGS, INC.,<br><br>Defendants. | Adv. Proc. No. 19-50096 (KG) |

## ORDER GRANTING VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

**WHEREAS,** on January 25, 2019, White Eagle Asset Portfolio, LP, White Eagle General Partner, LLC, Lamington Road Designated Activity Company (f/k/a Lamington Road Limited) (together, the "Debtors") and Emergent Capital, Inc. (together with the Debtors, the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, include: White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738). The Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

"Plaintiffs") filed the Complaint [D.I. 1] in the above-captioned adversary proceeding, the ("Adversary Proceeding"), against LNV Corporation, Silver Point Capital. L.P. and GWG Holdings, Inc. (together, the "Defendants" and collectively with the Plaintiffs, the "Parties");

WHEREAS, on March 27, 2019, the Plaintiffs filed the Amended Complaint [D.I. 48] against Defendants;

WHEREAS, on April 17, 2019, the Defendants filed motions to dismiss the Amended Complaint [D.I. 53, 56 and 58] (together, the "Motions to Dismiss");

WHEREAS, on May 7, 2019, the Debtors filed the *Notice of Settlement Term Sheet* attaching a term sheet reflecting a settlement between (i) the Debtors and certain of their non-Debtor affiliates, Emergent Capital, Inc., Imperial Finance and Trading, LLC, Lamington Road Bermuda, LTD, OLIPP IV, LLC, and Markey Asset Portfolio, LLC (collectively, the "Debtor Parties"), on the one hand, and (ii) CLMG Corp. and LNV Corporation (together, the "Lender Parties"), on the other hand (the "Settlement Term Sheet");

WHEREAS, on May 15, 2019, the Debtors filed a motion in their above-captioned jointly administered chapter 11 cases (the "Settlement Motion") seeking approval of and effectuating (subject to Court approval) an agreement among the Debtor Parties and the Lender Parties consistent with the terms of the Settlement Term Sheet (the "Settlement Agreement");

WHEREAS, the Court has entered an order granting the Settlement Motion and approving the Settlement Agreement;

WHEREAS, under the Settlement Agreement, the Debtor Parties and Lender Parties agreed to use their respective best efforts to obtain entry by the Court of an agreed order dismissing the Adversary Proceeding without prejudice, which dismissal shall become with prejudice upon the entry by the Court of an order either (i) determining that any of the Debtor

Parties has materially breached their obligations under the Settlement Agreement (a "Breach Order"), or (ii) confirming the Debtors' chapter 11 plan, as amended to reflect the terms of the Settlement Agreement and on terms otherwise mutually acceptable to the Debtor Parties and the Lender Parties (the "Confirmation Order");

**WHEREAS**, no answer or summary judgment motion has been filed in connection with the Amended Complaint;

**WHEREAS**, Plaintiffs wish to voluntarily dismiss the Amended Complaint in accordance with the terms of the Settlement Agreement;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1), as made applicable to this matter by Federal Rule of Bankruptcy Procedure 7041, the Amended Complaint is hereby dismissed without prejudice as to all Defendants.

2. Such dismissal shall become with prejudice as to all Defendants upon the entry by the Court of either (i) a Breach Order or (ii) the Confirmation Order.

3. This Court shall retain jurisdiction over all matters arising from or relating to the interpretation or implementation of this Order.

Dated: June 5, 2019
Wilmington, Delaware

_____
Honorable Kevin Gross
United States Bankruptcy Judge

3